# PD-1102-15

Benito Garza #1957561
3001 S. Emily Dr.
Beeville, TX 78102

November 4, 2015

RE; Motion to extend time ofr State's response due to delayed service.

Dear Honorable Clerk,

Please find my motion to extend time for the State to file a response to my Petition for Discretionary Review. The address mixup prevented the Prosecutor from getting a copy of my Petition. As stated in the motion I have resent the copy of the Petition to the State Prosecutor along with a copy of the motion to extend time. My lawyer did not give me "any" information regarding the specifics of filing a PDR.. All he told me was that I could file a petition. I hope this has not caused undue delay or prejudiced my Petition in any way. Thank you for your time and attention in this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

Sincerely,

Benito Garza

NO.PD-1102-15

BENITO GARZA                        §
    (Appellant/Petitioner)          §      IN THE COURT OF
                                     §
v.                                          CRIMINAL APPEALS
                                     §
THE STATE OF TEXAS                          OF TEXAS, AUSTIN
    (Appellee/Respondent)            §

---

PETITIONER'S MOTION TO EXTEND RESPONDENT'S TIME
FOR FILING A REPLY TO THE PETITION FOR DISCRETIONARY REVIEW
DUE TO DELAYED SERVICE

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Benito Garza, Petitioner pro se and humbly moves this Court to Extend the time for the State Prosecutors reply due to delayed service. And in support would show the following:

On October 26,2015 The Petition for Discretionary Review was put in the prison mail. In addition a copy was forwarded to the State Prosecutor as required by T.R.A.P.Rule 68.11 and 9.5. On Tuesday the 3rd day of November, the letter mailed to the prosecutor was returned as undeliverable as addressed (Letter enclosed). The address on the envelope is the address taken from the Vernon's Tex.Rules of Appellate Procedure in the unit law library. The "directories" have just recently been replaced so the "new" address was located. The Prosecutor's copy of the Petition for Discretionary Review along with a copy of this letter has been resubmitted through the prison mailroom.

RE-CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the Petition for Discretionary Review has been sent postage prepaid through the unit Mailroom postage prepaid first class mail on Novemeber 4,2015.

WHEREFORE PREMISES CONSIDERED, Petitioner humbly prays this Court will extend the time for the State to file a response by 10 days to compensate for the delayed service from a outdated address to the State Prosecuting Attorney.

Respectfully submitted,

_____
Benito Garza

## INMATE DECLARATION

I Benito Garza due swear under penalty of perjury that the foregoing facts are true and correct and that this motion is presented in good faith and not for delay. I am a Offender at the McConnell Unit in Beeville, TX, Bee County.

On this 4th day of November, 2015

_____
Benito Garza

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion to extend the State's time to file a response has been sent to the State Prosecuting Attorney,Lisa C. Mcminn at P.O. Box 13406 Austin ,TX 78711-3046 postage prepaid first Class mail through the prison mailroom on this 4th day of November 2015.

_____
Benito Garza